# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANNE KLACZYNSKI, and all other persons similarly situated,
Plaintiff

v.

VERIZON COMMUNICATIONS INC., BELLSOUTH CORPORATION ALIAS,
Defendant

C.A. No. 06-220/T

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant Verizon Communications, Inc. ("Verizon"), hereby moves that John A. Rogovin, Esq., be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

x The case involves the following complex area of the law, in which pro hac vice counsel specializes: national security.

x Pro hac vice counsel's long-standing representation of the client: In both electronic surveillance matters and other telecommunications matters.

ڤ The local trial bar lacks experience in the field of:

ڤ The case involves complex legal questions under the law of a foreign jurisdiction with which counsel is familiar, specifically:

ڤ The case requires extensive discovery in a foreign jurisdiction convenient

to pro hac vice counsel, as follows:

ڤ It is a criminal case and pro hac vice counsel is defendant's counsel of choice.

ڤ Other:

VERIZON COMMUNICATIONS, INC.,

By Its Attorneys

By: ______________________________

Howard A. Merten (#3171)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
Local Counsel

DATED: May 25, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member of good standing of the bar of the State(s) of: ____New York________ and the following federal district court bar(s): ____U.S. District Court for the District of Columbia__ without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in the district: None

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

John A. Rogovin, Esq.
WILMERHALE
1875 Pennsylvania Avenue, NW
Washington DC 20006
(202) 663-6000
(202) 663-6363 FAX

Local Associate Counsel:
Howard A. Merten (#3171)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

---

ORDER: This motion is hereby ____________________.

______________________________
U.S. District Court Judge

Date: April ___, 2005

858193_1/1894-1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE was mailed, postage prepaid, on this 25th day of May, 2006:

Michael A. St. Pierre, Esq.
REVENS REVENS & ST. PIERRE, PC
946 Centerville Road
Warwick, RI 02886

Amato A. DeLuca, Esq.
DELUCA & WEIZENBAUM, LTD.
199 North Main Street
Providence, RI 02903