**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANN KLACZYNSKI and all other persons similarly situated,** | : | **C.A. 06-220T** |
| **Plaintiffs** | : | |
| **v.** | : | **PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION FOR A STAY OF ALL PROCEEDINGS** |
| **VERIZON COMMUNICATIONS, INC; BELLSOUTH CORPORATION** | : | |
| **Defendants** | : | |

Plaintiffs hereby objection to defendant Verizon Communication Inc.'s Motion for a Stay of All Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation. A memorandum in support thereof shall be forthcoming.

Respectfully submitted,
Plaintiffs,
By their Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

Michael A. St. Pierre (#2553)
**REVENS, REVENS & ST. PIERRE, PC**
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
(401) 826-3246 Fax

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was sent by first class mail on this 6th day of June, 2006 to the following counsel of record:

Howard A. Merten, Esq.
Robert K Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

John A. Rogovin, Esq.
Samir Jain, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 2006