UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANN KLACZYNSKI and all other persons similarly situated,
Plaintiffs

v.

VERIZON COMMUNICATIONS, INC; BELLSOUTH CORPORATION
Defendants

C.A. 06-220T

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO SERVE AND FILE MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANT'S MOTION FOR A STAY OF ALL PROCEEDINGS**

Plaintiffs hereby move for an enlargement of time within which to serve and file a memorandum of law in support of their objection to defendant Verizon Communication Inc.'s Motion for a Stay of All Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation. Plaintiffs request an extension of time up to June 13, 2006. In support thereof, plaintiff states the following:

1. Defendant Verizon has incorporated several issues pertaining to the merits of the claim into its Motion to Stay which require briefing.
2. Plaintiffs have not yet completed research and drafting of their memorandum.
3. The extension of time sought by the plaintiff is brief, and will not prejudice the Defendant.

4. Plaintiffs' counsel has spoken with counsel for defendants, who has no objection to the within motion.

5. This motion is not intended to delay consideration of the Motion for Stay, but is interposed for the foregoing reasons.

Based on the foregoing, plaintiffs respectfully request that this Court grant their request for an extension of time.

Respectfully submitted,
Plaintiffs,
By their Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

Michael A. St. Pierre (#2553)
**REVENS, REVENS & ST. PIERRE, PC**
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
(401) 826-3246 Fax

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing was sent by first class mail on this 6th day of June, 2006 to the following counsel of record:

Howard A. Merten, Esq.
Robert K Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

John A. Rogovin, Esq.
Samir Jain, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 2006