COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANN KLACZYNSKI and all other persons similarly situated,
Plaintiffs

v.

VERIZON COMMUNICATIONS, INC; BELLSOUTH CORPORATION
Defendants

C.A. 06-220T

PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO SERVE AND FILE MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANT'S MOTION FOR A STAY OF ALL PROCEEDINGS

6/9/06: GRANTED ABSENT OBJECTION.

Plaintiffs hereby move for an enlargement of time within which to serve and file a memorandum of law in support of their objection to defendant Verizon Communication Inc.'s Motion for a Stay of All Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation. Plaintiffs request an extension of time up to June 13, 2006. In support thereof, plaintiff states the following:

1. Defendant Verizon has incorporated several issues pertaining to the merits of the claim into its Motion to Stay which require briefing.
2. Plaintiffs have not yet completed research and drafting of their memorandum.
3. The extension of time sought by the plaintiff is brief, and will not prejudice the Defendant.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____________________
William E. Smith, District Judge
Date: 6/7/06