# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

## MINUTES OF CIVIL PROCEEDINGS

| | | |
|---|---|---|
| JAMES C. HARRINGTON | § | |
| | § | CIVIL NO: |
| vs. | § | AU:06-CV-00374-LY |
| | § | |
| AT&T, INC. | § | |

JUDGE: LEE YEAKEL
DEPUTY CLERK: Janie N Jones
COURT REPORTER: JULIE GOODWIN
LAW CLERK: FRANCES TOWNSEND

DATE: June 07, 2006
TIME: 4:00PM - 4:38PM

ATTORNEY(S) FOR PLAINTIFF(S):

JIM GEORGE, DOUGLAS BROTHERS

ATTORNEY(S) FOR DEFENDANT(S):

JOE KNIGHT, DAVID CARPENTER, JOE AGUILAR, PHILIP JOHN

PROCEEDINGS:

TELEPHONE CONFERENCE HELD IN CHAMBERS TO TAKE UP MOTION BY AT&T TO EXTEND TIME TO FILE THEIR ANSWER (OPPOSED).

HOWEVER, SINCE THAT TIME, PLAINTIFFS FILED THEIR AMENDED COMPLAINT.

STATEMENTS OF COUNSEL HEARD AND AFTER CONSIDERATION, THE COURT ORDERS DEFENDANT AT&T TO FILE THEIR ANSWER BY JULY 10, 2006.

THE COURT WILL NOT STAY THE CASE (EXCEPT AS TO DISCOVERY IN THE INTERIM).

HOWEVER, THE COURT WILL STAY THE CLASS CERTIFICATION ISSUE.

WRITTEN ORDER TO FOLLOW.

PLAINTIFF'S EXHIBIT
5