UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANNE KLACZYNSKI, and all other persons similarly situated,

Plaintiffs,

v.

VERIZON COMMUNICATIONS, INC., BELLSOUTH CORPORATION, Alias

Defendants.

C.A. No. 06-220 S

**ENTRY OF APPEARANCE**

David A. Wollin, Esq. hereby enters his appearance on behalf of Defendant Bellsouth Corporation.

Dated: June 15, 2006

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone: (401) 274-7200
Fax: (401) 751-0604

*Attorneys for BellSouth Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2006, I served a copy of the within by facsimile/hand delivery/First Class mail, postage prepaid to the following counsel of record:

Amato A. DeLuca
Miriam Weizenbaum
DELUCA & WEIZENBAUM, LTD.
199 North Main Street
Providence, RI 02903

Michael A. St. Pierre
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Howard Merten
Robert K. Taylor
PATRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

John A Rogovin
Samir Jain
WILMER CUTLER PICKERING HALE and DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

384842_1.doc