UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANNE KLACZYNSKI, and all other persons similarly situated,

Plaintiffs,

v.

VERIZON COMMUNICATIONS, INC., BELLSOUTH CORPORATION, Alias

Defendants.

C.A. No. 06-220 S

**DEFENDANT BELLSOUTH CORP.'S MOTION FOR A STAY OF ALL PROCEEDINGS PENDING A RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant BellSouth Corporation respectfully moves for an order staying all proceedings in this action until after the Judicial Panel on Multidistrict Litigation rules on a pending motion to transfer and coordinate this action with 30 virtually identical actions that are pending in 20 federal district courts, as well as any "tag along" actions that may be filed. The grounds for this motion are fully set forth in the accompanying memorandum of law.

Dated: June 15, 2006

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone: (401) 274-7200
Fax: (401) 751-0604

Michael P. Kenny (*pro hac vice* application pending)
Jane F. Thorpe (*pro hac vice* application pending)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorneys for BellSouth Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2006, I served a copy of the within by ~~facsimile/hand delivery~~/First Class mail, postage prepaid to the following counsel of record:

Amato A. DeLuca
Miriam Weizenbaum
DELUCA & WEIZENBAUM, LTD.
199 North Main Street
Providence, RI 02903

Michael A. St. Pierre
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Howard Merten
Robert K. Taylor
PATRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

John A Rogovin
Samir Jain
WILMER CUTLER PICKERING HALE and DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

[signature]

*384777_1.doc*

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANNE KLACZYNSKI, and all other persons similarly situated,

C.A. No. 06-220S

Plaintiffs,

VERIZON COMMUNICATIONS, INC., BELLSOUTH CORPORATION, Alias

Defendants.

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT BELLSOUTH CORP.'S MOTION FOR A STAY OF ALL PROCEEDINGS PENDING A RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant Verizon Communications Inc. ("Verizon") recently moved for a stay of all proceedings in this case, pending a ruling by the Judicial Panel on Multi-District Litigation (the "MDL Panel") on the transfer and coordination of this case with 30 virtually identical cases that have been filed in 20 different federal district courts around the United States. BellSouth supports Verizon's motion and respectfully seeks the same relief.

## INTRODUCTION

As Verizon previously noted in its request for a stay of this case, Plaintiffs' Complaint alleges that Verizon and BellSouth provided plaintiffs' telecommunications records to the United States government as part of a purported program to thwart further terrorist attacks after

September 11, 2001. Plaintiffs seek to represent a putative class that encompasses all subscribers to BellSouth's and Verizon's telephone and communications services since September 11, 2001.

BellSouth currently faces virtually identical claims by plaintiffs seeking to represent a virtually identical putative class in four other actions currently pending in federal district courts.[1] These cases (and similar cases filed against other telecommunications providers) involve common factual and legal issues, including the potential assertion of the state secrets privilege by the United States government. Given these overlapping issues, Verizon requested on May 24, 2006, that the MDL Panel take jurisdiction over all the pending actions (including this case and the four other actions in which BellSouth is named as a defendant) and transfer, consolidate, and coordinate them. BellSouth agrees that a stay of all proceedings in this matter until the MDL Panel rules on Verizon's request is appropriate and respectfully requests that such a stay be imposed by the Court.

## ARGUMENT

A stay of all proceedings in this case is within the Court's discretion, and such stays are routinely granted pending decisions by the MDL Panel. *Landis v. American Water Works & Elec. Co.*, 299 U.S. 248, 254 (1936) (power to stay is incidental to inherent power of district court to control its docket); *Pardee v. Consumer Portfolio Svcs., Inc.*, 344 F. Supp. 2d 823, 833 (D. R.I. 2004) (same); *Hertz v. The Gator Corp.*, No. 05-2425, 250 F. Supp. 2d 421, 428 (D.N.J. 2003) (staying proceedings pending decision by MDL Panel); *Aikins v. Microsoft Corp.*, No. 00-0242, 2000 WL 310391, at *1-2 (E.D. La. March 24, 2000) (same); *Rivers v. Walt Disney Co.*,

[1] The other cases in which BellSouth is currently named as a defendant are: *Coner v. AT&T*, 1:06-at-00225 (E.D. Ca.); *Potter v. BellSouth Corp*, 3:06-cv-00469 (M.D. Tenn.); *Herron v. Verizon*, 06-2491 (E.D. La.); *Lebow v. BellSouth*, 1:06-CV-1289 (N.D. Ga.); *Schwarz v. AT&T*, 1:06-cv-02680 (N.D. Ill.).

980 F. Supp. 1358, 1362 (C.D. Cal. 1997) (same). Judicial economy and efficiency suggest the same result in this case. It makes little sense for the Court or the parties to expend resources on duplicative pleading, motions practice, case management, or discovery in the early stages of each of the overlapping cases when these matters may only have to be redone following transfer to and coordination by the MDL Panel. Moreover, if each of the overlapping cases proceeds prior to transfer and coordination, inconsistent decisions on procedural or substantive elements of the case could be rendered to the prejudice of the parties. In contrast, in the unlikely event that the MDL Panel declines to transfer and coordinate the cases, little time will be lost given the fact that Verizon's request is set to be heard next month. For these reasons and on the basis of the authorities set forth above, as well as the reasons and authorities cited by Verizon in its request for similar relief, BellSouth respectfully requests that the Court grant its requested stay of all proceedings.

Dated: June 15, 2006

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone: (401) 274-7200
Fax: (401) 751-0604

Michael P. Kenny (*pro hac vice* application pending)
Jane F. Thorpe (*pro hac vice* application pending)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorneys for BellSouth Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2006, I served a copy of the within by ~~facsimile/hand delivery~~/First Class mail, postage prepaid to the following counsel of record:

Amato A. DeLuca
Miriam Weizenbaum
DELUCA & WEIZENBAUM, LTD.
199 North Main Street
Providence, RI 02903

Michael A. St. Pierre
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Howard Merten
Robert K. Taylor
PATRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

John A Rogovin
Samir Jain
WILMER CUTLER PICKERING HALE and DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

David A. W[signature]

***384778_1.doc***