UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANNE KLACZYNSKI, and all other persons similarly situated,

Plaintiffs,

v.

VERIZON COMMUNICATIONS, INC., BELLSOUTH CORPORATION, Alias

Defendants.

C.A. No. 06-220 S

**DEFENDANT BELLSOUTH CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Bellsouth Corporation provides the following Corporate Disclosure Statement. BellSouth Corporation ("BellSouth") is a publicly-held corporation incorporated under the laws of the State of Georgia. BellSouth has no parent corporation, and no publicly-held corporation owns 10 percent or more of BellSouth's stock.

Dated: June 15, 2006

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone: (401) 274-7200
Fax: (401) 751-0604

Michael P. Kenny (*pro hac vice* application pending)
Jane F. Thorpe (*pro hac vice* application pending)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorneys for BellSouth Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2006, I served a copy of the within by ~~facsimile/hand delivery~~/First Class mail, postage prepaid to the following counsel of record:

Amato A. DeLuca
Miriam Weizenbaum
DELUCA & WEIZENBAUM, LTD.
199 North Main Street
Providence, RI 02903

Michael A. St. Pierre
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Howard Merten
Robert K. Taylor
PATRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

John A Rogovin
Samir Jain
WILMER CUTLER PICKERING HALE and DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

*384774_1.doc*