**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

# AFFIDAVIT OF SERVICE

**STATE OF DELAWARE)**
**) SS**
**NEW CASTLE COUNTY)**

**Re: CHARLES F BRISSITT ET AL VS. VERIZON COMMUNICATIONS INC**
**Civil Action No. 06-22OTOSW**

Scott Phillips, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon **SCOTT LASCALA, SERVICE OF PROCESS OF THE CORPORATION TRUST COMPANY, REGISTERED AGENT FOR VERIZON COMMUNICATIONS, INC. AT:** 1209 ORANGE STREET, WILMINGTON, DELAWARE 19801 on 5/26/2006 at 11:00AM a copy of Out of State Summons and Complaint.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

**DEPUTY SHERIFF**
**NEW CASTLE COUNTY**

**STATE OF DELAWARE)**
**) SS**
**NEW CASTLE COUNTY)**

**BE IT REMEMBERED** that on June 1, 2006 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Scott Phillips, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.

**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

**Notary Public**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

CHARLES F. BISSITT, et al.

V.

VERIZON COMMUNICATIONS, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-220T

TO: (Name and address of Defendant)

BELLSOUTH COMMUNICATIONS, INC.
Agent for Service, The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. St. Pierre, Esquire
Revens Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Lukie
Chief Deputy Clerk

CLERK

DATE 5/16/06

Barbara Barletta
(By) DEPUTY CLERK