Case 1:06-cv-00220-S-LDA Document 6 Filed 06/01/2006 Page 1 of 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANNE KLACZYNSKI, and all other persons similarly situated, Plaintiffs<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., BELLSOUTH CORPORATION ALIAS, Defendants | C.A. No. 06-220S |

6/20/06: GRANTED [signature] USMJ

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Verizon Communications Inc. hereby moves that John A. Rogovin, Esq. be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

VERIZON COMMUNICATIONS INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

[signature]

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: May 31, 2006

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____
William E. Smith, District Judge
Date: 6/19/06

US1DOCS 5680383v1