**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANNE KLACZYNSKI, and all other persons similarly situated,
Plaintiffs

v.

VERIZON COMMUNICATIONS INC., BELLSOUTH CORPORATION ALIAS,
Defendants

C.A. No. 06-220S

FILED JUN 08 '06 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

6/20/06; GRANTED. USMJ

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Verizon Communications Inc. hereby moves that Samir C. Jain, Esq. be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, District Judge
Date: 6/19/06

VERIZON COMMUNICATIONS INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: June 8, 2006