UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 15 2006
Property of U.S. District Court
District of Rhode Island

CHARLES F. BISSITT, et al.,

Plaintiffs,

v.

C.A. No. 06-220S

VERIZON COMMUNICATIONS, INC.
BELLSOUTH CORPORATION,

Defendants.

**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, by Plaintiffs and Bellsouth Corporation ("Bellsouth"), through their respective counsel, that Bellsouth need not answer or otherwise respond to Plaintiffs' Complaint for Damages, Declaratory and Injunctive Relief until 10 days after this Court rules on Verizon's and Bellsouth's Motion for a Stay of All Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation, at which point it shall answer or otherwise respond to the complaint if required by the Court's order ruling on the stay motion, unless a further extension is granted.

Respectfully submitted,

Amato A. DeLuca, #0531
Miriam Weizenbaum, #5182
DELUCA & WEIZENBAUM, LTD.
199 North Main Street
Providence, RI 02903
Tel: (401) 453-1500
Fax (401) 453-1501
Dated: 6/14/05

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 6/22/06

Michael A. St. Pierre, #2553
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886
Tel. (401) 822-2900
Fax. (401) 826-3246

*Attorneys for Plaintiffs*

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel. (401) 274-7200
Fax. (401) 351-4607
Dated: 6/15/06

*Attorneys for Defendant Bellsouth Corporation*

**IT IS SO ORDERED**

DATED ______________, 2006

______________________________
William E. Smith
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2006, I served a copy of the within by ~~facsimile/hand delivery~~/First Class mail, postage prepaid to the following counsel of record:

Amato A. DeLuca
Miriam Weizenbaum
DELUCA & WEIZENBAUM, LTD.
199 North Main Street
Providence, RI 02903

Michael A. St. Pierre
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Howard Merten
Robert K. Taylor
PATRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

John A Rogovin
Samir Jain
WILMER CUTLER PICKERING HALE and DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

[signature]

*384608_1.doc*