**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANNE KLACZYNSKI, and all other persons similarly situated, Plaintiffs, v. VERIZON COMMUNICATIONS INC.; BELLSOUTH CORPORATION, Defendants. | C.A. No. 06-220T **STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND PROPOSED ORDER** |

RECEIVED
JUN 19 2006
Property of U.S. District Court
District of Rhode Island

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, by Plaintiffs and Verizon Communications Inc. ("Verizon"), through their respective counsel, that Verizon need not answer or otherwise respond to Plaintiffs' Complaint for Damages, Declaratory and Injunctive Relief until 20 days after this Court rules on Verizon's Motion for a Stay of All Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation, at which point it shall answer or otherwise respond to the complaint if required by the Court's order ruling on the stay motion, unless a further extension is granted.

Respectfully submitted,

Dated: June ____, 2006

Amato A. DeLuca
Miriam Weizenbaum
DELUCA & WEIZENBAUM, LTD.
199 North Main Street
Providence, RI 02903
Tel. (401) 453-1500
Fax (401) 453-1501

Michael A. St. Pierre
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886
Tel. (401) 822-2900
Fax (401) 826-3246

*Attorneys for Plaintiffs*

Howard A. Merten
Robert K. Taylor (#6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
Tel. (401) 861-8277
Fax (401) 861-8210

John A. Rogovin (*pro hac vice* application pending)
Samir Jain (*pro hac vice* application pending)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel. (202) 663-6000
Fax (202) 663-6363

*Attorneys for Verizon Communications Inc.*

**IT IS SO ORDERED**

DATED June D, 2006.

William E. Smith
United States District Judge

6/22/06

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of June, 2006, copies of the foregoing STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND PROPOSED ORDER were sent by first-class United States mail, postage prepaid to:

Michael A. St. Pierre
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886
Tel. (401) 822-2900
Fax (401) 826-3246

Amato A. DeLuca
DELUCA & WEIZENBAUM, LTD.
199 North Main Street
Providence, RI 02903
Tel. (401) 453-1500
Fax (401) 453-1501

*Attorneys for Plaintiffs*

Howard A. Merten