**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANN KLACZYNSKI and all other persons similarly situated,** | : | **C.A. No. 06-220S** |
| **Plaintiffs** | : | **PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION FOR A STAY OF ALL PROCEEDINGS** |
| **v.** | : | |
| **VERIZON COMMUNICATIONS, INC; BELLSOUTH CORPORATION** | : | |
| **Defendants** | : | |

Plaintiffs object to defendant BellSouth Corporation's Motion for a Stay of All Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation. A supporting memorandum is filed herewith.

Plaintiffs,
By their Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

Michael A. St. Pierre (#2553)
**REVENS, REVENS & ST. PIERRE, PC**
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
(401) 826-3246 Fax

**CERTIFICATION**

I certify that a true and accurate copy of the foregoing was served by hand-delivery or first class mail on this 27th day of June, 2006 on all counsel of record, listed below:

Howard A. Merten, Esq.
Robert K Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

John A. Rogovin, Esq.
Samir Jain, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

David A. Wollin, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Michael P. Kenny, Esq.
Jane F. Thorpe, Esq.
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANN KLACZYNSKI and all other persons similarly situated,** **Plaintiffs,** | : | |
| **v.** | : | **C.A. No. 06-220S** |
| **VERIZON COMMUNICATIONS, INC. BELLSOUTH CORPORATION,** **Defendants.** | : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANT BELLSOUTH CORP.'S MOTION FOR A STAY OF ALL PROCEEDINGS PENDING A RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**ARGUMENT**

Defendant BellSouth Corporation's grounds for requesting this Court to stay all proceedings are virtually identical to those previously given by its co-defendant, Verizon Communications, Inc., in support of its motion to stay all proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") on Verizon's motion to transfer this and other cases to a single district court for coordinated pretrial proceedings.

In plaintiffs' previously filed memorandum in support of their objection to Verizon's stay motion, plaintiffs advanced several reasons why defendants' stay motion lacked merit and ought to be denied:

(1) The pendency of an MDL transfer motion before the JPML does not limit this Court's jurisdiction;

(2) No district court affected by the MDL transfer motion has granted a stay of proceedings pending a decision by the JPML on the transfer motion;

(3) The only district courts that have ruled on similar stay motions have rejected them;

(4) Courts in other districts have considered and made significant substantive and procedural pretrial rulings while the MDL transfer motion is pending;

(5) A stay here would unjustly prejudice plaintiffs by precluding them from seeking important interim judicial relief (*e.g.*, preliminary injunction) available to and being actively pursued by plaintiffs in similar cases in other districts;

(6) Because defendants have obtained voluntary stays in most cases, their claim that they would be prejudiced by defending duplicative suits in multiple jurisdictions if a stay is denied here is unconvincing;

(7) Similarly unpersuasive is defendants' claim that allowing proceedings to go forward in this case during the pendency of the MDL motion would be a waste of this Court's resources: no judicial resources are required for defendants to answer the complaint; the JPML may order (as plaintiffs have requested)[1] that the affected cases be transferred to this Court for MDL proceedings; even if this action is transferred to another district for

---

[1] For ease of reference, plaintiff's response to defendants' motion for consolidated pretrial proceedings, in which plaintiffs suggest to the JPML that this Court is ideally suited for the MDL, is attached as Exhibit A.

coordinated pretrial proceedings, the pretrial rulings of this and other courts are entitled to great weight and will undoubtedly assist the MDL court in its proceedings; and, by proceeding with significant substantive and procedural pretrial matters, at least four district judges have rejected defendants' suggestion that proceedings during the pendency of the transfer motion before the JPML would be a waste of judicial resources;

(8) Granting defendants' stay motion would significantly prejudice plaintiffs by depriving them of an opportunity to seek forthwith preliminary injunctive relief to put an immediate stop to defendants' unlawful, ongoing disclosures to the government of plaintiffs' telephone and internet communications records.

## CONCLUSION

For the foregoing reasons, which are fully supported in plaintiffs' previously filed memorandum in opposition to Verizon's stay motion, plaintiffs respectfully submit that the Court ought to deny BellSouth's motion for a stay of all proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation on Verizon's MDL transfer motion.

Plaintiffs,
By their Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

Michael A. St. Pierre (#2553)
**REVENS, REVENS & ST. PIERRE, PC**
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
(401) 826-3246 Fax

**CERTIFICATION**

I certify that a true and accurate copy of the foregoing was served by hand-delivery or first class mail on this 27th day of June, 2006 on all counsel of record, listed below:

Howard A. Merten, Esq.
Robert K Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

John A. Rogovin, Esq.
Samir Jain, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

David A. Wollin, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Michael P. Kenny, Esq.
Jane F. Thorpe, Esq.
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424