**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE NATIONAL SECURITY** | : | |
| **AGENCY TELECOMMUNICATONS** | : | **MDL Docket No. 1791** |
| **RECORDS LITIGATION** | : | |

## ***BISSETT*** PLAINTIFFS' RESPONSE TO VERIZON DEFENDANTS' AND ROE PLAINTIFFS' MOTIONS FOR TRANSFER AND COORDINATION PURSUANT TO 28 U.S.C. § 1407

Plaintiffs[1] in *Bissett, et al. v. Verizon Communications, Inc., et al.,* Case No. 06-220-S (D.R.I.)(Smith, J.) hereby respond to the May 24, 2006, motion for transfer and coordination pursuant to 28 U.S.C. § 1407 filed by Defendants Verizon Communications Inc., Verizon Global Networks Inc., and Verizon Northwest Inc.

While the *Bissett* plaintiffs agree that the Panel ought to order the transfer of their action and all other related cases to a single district court for coordinated pretrial proceedings, they respectfully submit that the Panel ought to reject Verizon's request to transfer the actions to the district court for the District of Columbia as unwarranted and ill conceived. Instead, for the following reasons, the Panel ought to transfer the cases to the District of Rhode Island, the Northern District of Illinois, or the Northern District of California.

---

1 The "*Bissett* plaintiffs" are Charles F. Bissett, Sandra Bissett, Arthur Bouchard, Mary Ann Bouchard, Aldo Caparco, Janice Caparco, Jenna Caparco, Rose DeLuca, Christine Douquette, George Hayek, III, Maryanne Klaczynski, Junc Matrumalo, Paula Matrumalo, Vincent Matrumalo, Nicole Mirabella, Patricia Pothier, Paul Pothier, Gerard Thibeault, Jennifer Thomas, and Marshall Votta.

These latter districts clearly emerge from the factors considered by the Panel in making venue decisions[2] as the best choices for the convenience of the parties and witnesses and for the just and efficient conduct of the actions. Unlike the District of Columbia—in which no affected actions are pending—a significant number of affected cases have been filed in the district courts for the District of Rhode Island, the Northern District of Illinois, and the Northern District of California. The proceedings in these courts have not been stayed, and are more advanced than elsewhere. Significantly, the judges in these districts are familiar with the issues and, by the time the Panel hears Verizon's transfer motion, are likely to have made decisions on the merits of significant issues (e.g., state secrets) and important motions (e.g., dismissal and/or preliminary injunction). All three districts offer facilities capable of accommodating coordinated pretrial proceedings in this matter.

Notwithstanding the fact that persuasive arguments have been made for transfer to either the Northern District of Illinois or the Northern District of California,[3] an equally compelling case exists for transfer to the district court in Rhode Island. Three of thirty-one subject cases—as many as in any other district—have been filed in Rhode Island. In

---

[2] *See, e.g., In re L.E. Lay & Co. Antitrust Litigation,* 391 F. Supp. 1054, 1056 (J.P.M.L. 1975)(factor considered by Panel in selection of transferee district is whether pretrial proceedings in particular forum are significantly more advanced than those in actions in other jurisdictions); *In re Compensation of Managerial, Professional, and Technical Employees Antitrust Litigation,* 206 F. Supp. 2d 1374, 1375-76 (J.P.M.L. 2002)(other factors being equal, actions appropriately transferred to district where judge was not currently burdened with another complex multidistrict docket); *In re Peruvian Road Litigation,* 380 F. Supp. 796, 798 (J.P.M.L. 1974)(among factors militating in favor of District of Idaho as most appropriate transferee forum were that transferee judge was familiar with issues and that transferee district had a significantly lighter civil action docket than other possible transferee districts).

[3] The *Bissett* plaintiffs acknowledge the *Roe* Plaintiffs' Memorandum in Support of Transfer and Coordination to the Northern District of California Pursuant to 28 U.S.C. § 1407, and the *Mahoney* Plaintiffs' Response to Verizon Defendants' and Roe Plaintiffs' Motions for Transfer and Coordination Pursuant to 28 U.S.C. § 1407 and concur with and incorporate herein their arguments against transfer to the district court for the District of Columbia.

contrast to the Northern District of Illinois and the Northern District of California, where the pending cases are against AT&T only, the Rhode Island cases comprise actions against all three principal defendants in the 31 subject actions—Verizon, BellSouth, and AT&T. Rhode Island has no other MDL proceeding, and its docket is ideally suited to accommodate the transfer at this time. Indeed, in 2005 the District of Rhode Island had a significantly lower civil caseload per judge (329) than either the Northern District of Illinois (360) or the Northern District of California (468).[4]

Rhode Island fares comparably if not better than the other districts in additional areas of key civil caseload statistics, such as: average time from filing to disposition (D.R.I. 9.2 months; N.D. Ill. 6.9; N.D. Cal. 9.8); average from filing to trial. (D.R.I. 17 months; N.D. Ill. 27; N.D. Cal. 28); and percentage of civil cases over 3-years old (D.R.I. 4.6%; N.D. Ill. 5.6%; N.D. Cal. 9.5%).

The Rhode Island cases are assigned to the Honorable William E. Smith. Judge Smith is experienced at expediting pretrial proceedings in complex class-action litigation and has demonstrated a willingness to undertake new and creative approaches to expedite complex cases to achieve significant judicial and party economies. For instance, to expedite pretrial proceedings in parallel class-action proceedings brought against Blue Cross/Blue Shield in state and federal court in Rhode Island, Judge Smith and his state-court counterpart, agreed in 2004 to consolidate state and federal class actions for discovery, motions, and pretrial proceedings. Remarkably groundbreaking, Judge Smith heard and decided consolidated discovery motions on common issues argued simultaneously by the

---

[4] Data on district court caseload profiles is drawn from 2005 Federal Court Management Statistics, generated at http://www.uscourts.gov/cgi-bin/cmsd2005.pl (last visited on June 17, 2006).

parties to both federal and state court judges sitting together in either the state of the federal court. As this shows, Judge Smith can be expected to manage these proceedings competently and expeditiously. Moreover, given the pendency of Verizon's motion to stay proceedings and the anticipated filing of a motion for preliminary injunction by the *Bissett* plaintiffs, it is anticipated that Judge Smith will be well-versed in the issues presented in these actions by the time the Panel hears and determines Verizon's transfer motion.

For the foregoing reasons, the *Bissett* plaintiff respectfully submit that the Panel ought to transfer all thirty-one affected cases for coordinated pretrial proceedings to Judge Smith in the District of Rhode Island. Alternatively, the Panel ought to transfer the actions to either Judge Kennelly in the the Northern District of Illinois or Judge Walker in the Northern District of California.

Respectfully submitted,
Plaintiffs,
By their Attorneys,

Michael A. St. Pierre
**REVENS, REVENS & ST. PIERRE, PC**
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
(401) 826-3246 Fax

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was served by first class mail on this 17th day of June, 2006 on all counsel of record, listed below:

| Attorney/Firm | Represented Party |
|---|---|
| Mr. Bruce I. Afran<br>10 Braeburn Drive<br>Princeton, NJ 08540<br>(609) 924-205 | Bruce I. Afran |
| Timothy L. Alger, Esq.<br>Quinn, Emanuel, Urquhart, Oliver & Hedges<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000 | Lycos, Inc.; Wired News |
| Alexander E. Barnett<br>Mason Law Firm, P.C.<br>One Penn Plaza, Suite 4632<br>New York, NY 10119<br>(212) 362-5770<br>(917) 591-5227 (Fax) | Lawrence Phillips |
| Timothy M. Bechtold<br>Rossbach, Hart & Bechtold, P.C.<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807<br>(406) 543-5156<br>(406) 728-8878 (Fax) | Steve Dolberg |
| John H. Beisner<br>O'Melveny & Myers, LLP<br>1625 Eye Street, N.W.<br>Washington, DC 20006-4001 | Verizon Communications, Inc.;<br>Verizon Global Networks, Inc.;<br>Verizon Northwest, Inc.;<br>Verizon Wireless LLC |
| James J. Brosnahan<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>(415) 268-7522 (Fax) | Mark Klein |

Cindy A. Cohn
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333
(415) 436-9993 (Fax)

Tash Hepting; Gregory Hicks;
Carolyn Jewel; Erik Knutzen

James M. Finberg
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Batter Street
30th Floor
San Francisco, CA 94111
(415) 956-1000
(415) 956-1008 (Fax)

Benson B. Roe; Paul Goltz

James R. George, Jr.
George & Brothers, LLP
1100 Norwood Tower
114 West 7th Street
Austin, TX 78701
(512) 495-1400
(512) 499-0094 (Fax)

The Austin Chronicle; Louis Black;
Richard A. Grigg;
James C. Harrington; Michael Kentor

Harvey Grossman
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue
Suite 2300 Chicago, IL 60601
(312) 201-9740

American Civil Liberties of
Illinois, Inc.; Barbara Flynn Currie;
Diane C. Geraghty; Gary S. Gerson;
James D. Montgomery;
Studs Terkel; Quentin Young

Kevin M. Henry
Sidley Austin LLP
1501 K. Street, N.W.
Washington, DC 2005
(202) 736-8018
(202) 736-8711 (Fax)

Cingular Wireless, LLC

Robert C. Hilliard
Hilliard & Munoz, LLP
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401
(361) 882-1612
(361) 882-3015 (Fax)

Ron Antosko
James E. Chadden, Sr.;
Mary J. Trevino

| | |
|---|---|
| Joshua Karsh<br>Hughes, Socol, Piers, Resnick & Dym, Ltd.<br>70 West Madison Street<br>Suite 4000<br>Chicago, IL 60602<br>(312) 580-0100<br>(312) 580-1994 (Fax) | Kathryn Potter |
| Michael P. Kenny<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309<br>(404) 881-7000<br>(404) 881-7777 (Fax) | BellSouth Communications Systems, LLC;<br>BellSouth Corp.; BellSouth Telecommunications, Inc. |
| Roger L. Mandel<br>Stanley, Mandel & Iola, LLP<br>3100 Monticello Avenue<br>Suite 750<br>Dallas, TX 75205<br>(214) 443-4300<br>(214) 443-0358 (Fax) | Pamela A. Mahoney |
| Gary Edward Mason<br>Mason Law Firm<br>1225 19th Street, N.W.<br>Suite 500<br>Washington, DC 20038<br>(202) 429-2290<br>(202) 439-2294 (Fax) | Cory Brown; David M. Driscoll, Jr.;<br>Harold Ludman; Anne Brydon Taylor |
| Carl J. Mayer<br>66 Witherspoon Street<br>Suite 414<br>Princeton, NJ 08542<br>(609) 921-0253 | Carl J. Mayer |
| Edward R. McNichols<br>Sidley, Austin, LLP<br>1501 K. Street, N.W.<br>Washington, DC 20005-1401<br>(202) 736-8018<br>(202) 736-8711 (Fax) | American Telephone & Telegraph Co.;<br>AT&T Communications, Inc.;<br>AT&T Corp.; AT&T, Inc. |

| | |
|---|---|
| Michael C. O'Malley<br>Siben & Siben, LLP<br>90 East Main Street<br>Bay Shore, NY 11704<br>(631) 665-3400 | Edward Marck; Carol Waltuch |
| Karl Olson<br>Levy, Ram & Olson, LLP<br>6659 Front Street<br>4th Floor<br>San Francisco, CA 94111<br>(415) 443-4949<br>(415) 433-7311 (Fax) | Associated Press; Bloomberg News;<br>Los Angeles Times;<br>San Francisco Chronicle;<br>San Jose Mercury News;<br>USA Today |
| Renee S. Orleans<br>U.S. DOJ, Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 7120<br>P.O. Box 883<br>Washington, DC 20044 | George W. Bush; National<br>Security Agency; United States<br>of America |
| Steven E. Schwarz<br>Law Offices of Steven E. Schwarz<br>2461 W. Foster Avenue<br>#1W<br>Chicago, IL 60625 | Ramon Goggins; James Joll;<br>Steven Schwarz |
| Christopher A. Slater<br>Slater & Ross<br>1 S.W. Columbia Street<br>Suite 1850<br>Portland, OR 97258<br>(503) 227-2024<br>(503) 224-7299 (Fax) | Darryl Hines |
| Marc Van Der Hout<br>Van Der Hout & Brigagliano<br>180 Sutter Street<br>5th Floor<br>San Francisco, CA 94123<br>(415) 981-3000 | Center for Constitutional Rights |
| Nicholas Wagner<br>Law Offices of Wagner & Jones<br>1111 E. Herndon<br>#317<br>Fresno, CA 93720<br>(559) 449-1800<br>(559) 449-0749 (Fax) | Debra Bolich; James Bolich;<br>Mark Boulet; Lloyd Brown;<br>Greg Connor; Stephen Kampmann;<br>Claudia Salazar; Cheryl Scroggins;<br>Melissa Scroggins; Sergio Vasquez;<br>Diedre M. Wilten |

| | |
|---|---|
| Conrad S. P. Williams, III<br>St. Martin, Williams & Bourque<br>P.O. Box 2017<br>Houma, LA 70361<br>(985) 876-3891 | Tina Herron; Brandy Segi |
| Martin Woodward<br>Stanley, Mandel & Iola, LLP<br>3100 Monticello Avenue<br>Suite 750<br>Dallas TX 75205<br>(214) 443-4300<br>(214) 443-0358 (Fax) | Rhea Fuller |
| Matthew J. Zevin<br>Stanley, Mandel & Iola, LLP<br>550 West C. Street<br>Suite 1600<br>San Diego, CA 92101<br>(619) 235-5306<br>(815) 377-8419 (Fax) | Shelly D. Souder |
| Peter N. Wasylyk<br>Law Offices of Peter N. Wasylyk<br>1307 Chalkstone Avenue<br>Providence, RI 02908<br>(401) 831-7730<br>(401) 861-6064 (Fax) | Harold Ludman; Pamela A. Mahoney; Lawrence Phillips |
| Andrew Kierstead<br>Law Offices of Andrew Kierstead<br>1001 S.W. 5th Avenue<br>Suite 1100<br>Portland, OR 97204<br>(508) 224-6246<br>(508) 224-4356 (Fax) | Harold Ludman; Pamela A. Mahoney; Lawrence Phillips |
| Michael D. Donovan<br>Donovan Searle, LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103<br>(215) 732-6067<br>(215) 732-8060 (Fax) | Mark P. Solomon, M.D. |

Lawrence E. Feldman
Lawrence E. Feldman & Associates
432 Tulpehocken Avenue
Elkins Park, PA 19027
(215) 885-3302
(215) 885-3303 (Fax)

Mark P. Solomon, M.D.

Derek J. Emge
Emge & Associates
550 West C. Street
Suite 1600
San Diego, CA 92101
(619) 595-1400
(619) 595-1480 (Fax)

Shelly D. Souder

John C. Whitfield
Whitfield & Cox, PSC
29 East Center Street
Madisonville, KY 42431
(270) 821-0656
(270) 825-1163 (Fax)

Richard D. Suchanek, III