UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Charles F. Bissitt, et al., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 06-220S |
| Verizon Communications, Inc., et al. | : | |
| Defendants. | : | |

**ORDER**

This matter came before the Court on motions by the Defendants, Verizon Communications, Inc. and BellSouth Corporation, for a stay of all proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation. After consideration, defendants' motions are granted and this case is stayed pending a ruling by the Judicial Panel on Multidistrict Litigation.

By Order,

Deputy Clerk

Enter:

William E. Smith
United States District Judge

Date: 7/19/06