**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANN KLACZYNSKI and all other persons similarly situated,** | : | **C.A. 06-220S** |
| **Plaintiffs** | : | |
| **v.** | : | **PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT, BELLSOUTH CORPORATION** |
| **VERIZON COMMUNICATIONS, INC; BELLSOUTH CORPORATION** | : | |
| **Defendants** | : | |

Come now plaintiffs, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and file this Notice of Dismissal of this action, without prejudice, against Defendant, BellSouth Corporation. As of the date of this Notice, defendant, BellSouth Corporation, has not filed an answer or motion for summary judgment.

Plaintiffs,
By their Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

Michael A. St. Pierre (#2553)
**REVENS, REVENS & ST. PIERRE, PC**
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
(401) 826-3246 Fax

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was sent by first class mail on this 28th day of July 2006 to the following counsel of record:

David Wollin, Esq.
Adler Pollack & Sheehan
One Citizens Plaza
Providence, RI 02903

Howard A. Merten, Esq.
Robert K Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

John A. Rogovin, Esq.
Samir Jain, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 2006

Michael P. Kenny, Esq.
Jane F. Thorpe, Esq.
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424