**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANN KLACZYNSKI and all other persons similarly situated,** | : | **C.A. 06-220S** |
| **Plaintiffs** | : | |
| **v.** | : | **PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT, BELLSOUTH CORPORATION** |
| **VERIZON COMMUNICATIONS, INC; BELLSOUTH CORPORATION** | : | |
| **Defendants** | : | |

Come now plaintiffs, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and file this Notice of Dismissal of this action, without prejudice, against Defendant, BellSouth Corporation. As of the date of this Notice, defendant, BellSouth Corporation, has not filed an answer or motion for summary judgment.

ENTER *WmSm*
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE *8/01/06*