**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHARLES F. BISSITT, SANDRA BISSITT, GEORGE HAYEK, III, JUNE MATRUMALO, GERARD THIBEAULT, ARTHUR BOUCHARD, MARYANN BOUCHARD, ALDO CAPARCO, JANICE CAPARCO, JENNA CAPARCO, ROSE DELUCA, NICOLE MIRABELLA, PATRICIA POTHIER, PAUL POTHIER, MARSHALL VOTTA, VINCENT MATRUMALO, PAULA MATRUMALO, JENNIFER THOMAS, CHRISTINE DOUQUETTE, MARYANNE KLACZYNSKI, and all other persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>VERIZON COMMUNICATIONS INC.; BELLSOUTH CORPORATION,<br><br>Defendants. | C.A. No. 06-220S<br><br>**NOTICE OF ORDER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

On August 9, 2006 the Judicial Panel on Multidistrict Litigation ("Panel") issued an order (attached as Exhibit 1) transferring this case and the 16 other cases that were identified in Verizon Communication Inc.'s Motion for Transfer and Coordination in *In re National Security Agency Telecommunications Records*, MDL Docket No. 1791, to the Northern District of California for coordinated or consolidated pretrial proceedings.

Respectfully submitted,

/s/ Howard A. Merten
Howard A. Merten (3171), HM@psh.com
Robert K. Taylor (6514), RKT@psh.com
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
Tel. (401) 861-8277 Fax (401) 861-8210

John A. Rogovin (*pro hac vice* application pending)
Samir Jain (*pro hac vice* application pending)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel. (202) 663-6000Fax (202) 663-6363
*Attorneys for Verizon Communications Inc.*

Dated: August 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2006, a copy of the foregoing NOTICE OF ORDER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael A. St. Pierre
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886
Tel. (401) 822-2900
Fax (401) 826-3246

Amato A. DeLuca
DELUCA & WEIZENBAUM, LTD.
199 North Main Street
Providence, RI 02903
Tel. (401) 453-1500
Fax (401) 453-1501

*Attorneys for Plaintiffs*

/s/ Howard A. Merten
Howard A. Merten

**871577_1/5345-2**